**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

UNITED STATES OF AMERICA                §
                                                                 §
*versus*                                                      §          Criminal No. 4:25−cr−00327
                                                                 §
Hattie Banks, Lydia Obere, Cheryl Brooks,    §
Ena Cowart

**SCHEDULING ORDER**

1.    November 20, 2025          All motions will be filed no later than this date. **All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.**

2.    December 4, 2025          Responses to motions will be filed no later than this date.

3.    December 8, 2025          Pretrial Conference before Judge Lee H. Rosenthal,
                                            United States Courthouse, 515 Rusk Avenue, 11th Floor,
      08:45 AM                      Courtroom 11B, Houston, Texas.

4.    December 15, 2025        This case is set for jury selection and trial on this date and time. Not later than one business days before this date each
      09:00 AM                      counsel will file and deliver to the Court's chambers, a proposed charge to the jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5.    10− 14 days                    Estimated time of trial.

6     Parties are required to disclose expert witness information 45 days prior to the final pretrial conference.

      Direct questions regarding this schedule to Glenda Hassan, Acting Case Manager,

U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5517.

      SIGNED on October 21, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge